# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 11 EM 2019

               Respondent       :

               v.             :

HILLARD BETHEA,             :

               Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.